■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR YEPES, Appellant. [662 NYS2d 262] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered April 30, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 4 years to life, unanimously affirmed.

To the extent that defendant is claiming a constitutional speedy trial violation and impairment of the integrity of the Grand Jury proceedings, such claims are unpreserved and unsupported by the record presently before this Court. Review of defendant's remaining claims is foreclosed by his guilty plea (*People v Taylor*, 65 NY2d 1). Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.

■ FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondent, v RUDRA ALTMAN et al., Appellants. [663 NYS2d 815] —Judgments, Supreme Court, New York County (Edward Lehner, J.), entered March 28, 1996 and April 3, 1997, which awarded plaintiff monetary damages as against each defendant-appellant, unanimously affirmed, with costs.

Defendants herein renew arguments that were considered and rejected by this Court in 1995 (222 AD2d 241, *lv dismissed* 88 NY2d 1037, *rearg denied* 89 NY2d 917). We see no reason to depart from the reasoning of our 1995 decision. Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.